Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14933–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Olayiwola O. Awoyomi
 447 Norway Avenue
 Hamilton, NJ 08629

Social Security No.:
 xxx–xx–0624

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 16, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-14933-MBK
Olayiwola O. Awoyomi                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 16, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db             +Olayiwola O. Awoyomi,    447 Norway Avenue,    Hamilton, NJ 08629-1210
518076594      +Attn F 5727 17,    Essex County Sheriff,    Foreclosure Dept,    50 West Market Street,
                 Newark, NJ 07102-1607
518076596      +Clerk Equity Part,    Attn F 5727 17,    Superior Court of NJ,    Chancery Div Equity Part,
                 212 Washington St 8th Fl,    Newark NJ 07102-2904
518076597      +KML Law Group PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518076598      +KML Law Group PC,    BNY Independence Ctr Ste 5000,    701 Market Street,
                 Philadelphia PA 19106-1538
518170680      +KML Law Group PC,    Ste. 5000 BNY Independence Ctr.,    700 Market St.,
                 Philadelphia, PA 19106-2312
518076600      +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
518245922      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518076599      +Midfirst Bank,    PO Box 26648,    Oklahoma City, OK 73126-0648
518076601      +Midfirst Mortgage,    999 N W Grand Blvd Ste 100,    Oklahoma City, OK 73118-6051
518076602      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518170679      +Midland Mortgage MidFirst Bank,    Attn: DAC,    POB 268806,    Oklahoma City, OK 73126-8806
518172353      +PSEG,    PO Box 1444,    New Brunswick NJ 08903-1444
518076606      +PSEG,    59 Main Street,    West Orange, NJ 07052-5333
518076608      +US Dept of HUD,    451 7th St SW,    Washington, DC 20410-0001
518076611      +Wall Street Financial Corp,    75 Lane Road,    Fairfield, NJ 07004-1044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518076595       EDI: CAPITALONE.COM May 17 2019 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
518076604       EDI: PRA.COM May 17 2019 03:28:00      Portfolio Recovery Associates, LLC,    co Old Navy,
                 POB 41067,    Norfolk VA 23541
518076603       E-mail/Text: ebn@vativrecovery.com May 17 2019 00:00:12      Palisades Acquisition IX,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition IX,
                 P.O. Box 40728,    Houston, TX 77240-0728
518076605      +EDI: JEFFERSONCAP.COM May 17 2019 03:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518076607      +EDI: RMSC.COM May 17 2019 03:28:00      Synchrony Bank,    co of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518077998      +EDI: RMSC.COM May 17 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518076610      +EDI: AIS.COM May 17 2019 03:28:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518239884      +EDI: AIS.COM May 17 2019 03:28:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518076613*      Palisades Acquisition IX,    VATIV RECOVERY SOLUTIONS LLC, dba SMC,
                 As agent for Palisades Acquisition IX,    PO Box 40728,    Houston, TX 77240-0728
518076609*     +Premier Bankcard, Llc,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
518076612*     +US Dept of HUD,    451 7th St SW,    Washington, DC 20410-0001
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                 Page 2 of 2                  Date Rcvd: May 16, 2019
                                  Form ID: 148                Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Novlet M Lawrence    on behalf of Debtor Olayiwola O. Awoyomi lawrencenovlet@gmail.com,
               lawrencenovlet@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 4
```